**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:10cr44-MHT** |
| | ) | **(WO)** |
| **GABRIEL LAMARK COLEMAN** | ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 31, 2010, this Court entered a Preliminary Order of Forfeiture (Doc. #28), forfeiting defendant Gabriel Lamark Coleman's interest in the following property to the United States: a Smith & Wesson 9mm handgun, bearing serial number TCB5974.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Gabriel Lamark Coleman has an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such property in the commission of the violation of Title 21, United States Code, Section 841(a)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the government's motion for a final order of forfeiture (doc. no. 52) is granted as follows:

1.  The following property is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c):  **a Smith & Wesson 9mm handgun, bearing serial number TCB5974.**

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the  21st  day of  July , 2011.


                                                     /s/  Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE